*E-FILED - 2/13/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GILBERT JUAREZ, | ) | No. C 08-5691 RMW (PR) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| CLERK, UNITED STATES FEDERAL COURT, SAN JOSE, | ) | |
| Defendant. | ) | |

The court has dismissed the instant civil rights complaint for failure to state a cognizable claim for relief under 42 U.S.C. § 1983 . A judgment of dismissal is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 2/12/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\CR.08\Juarez691jud.wpd          1